IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-02031-RPM-KLM

ROBERT L. MONTOYA, SR.,

    Plaintiff,

v.

UNIFUND CCR PARTNERS,
DAVID A. BAUER, P.C.,
DAVID A. BAUER, ESQ., and
ALEXIS I. LEWIS, ESQ.,

    Defendants.

_____

ORDER FOR DISMISSAL
_____

    Pursuant to Plaintiff's Unopposed Motion to Dismiss [26], signed by counsel for all parties and filed on May 26, 2010, it is

    ORDERED that this action is dismissed, in its entirety, with prejudice, each party to pay their own costs and attorney fees.

    Dated: May 27th, 2010

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____
                                 Richard P. Matsch, Senior District Judge